IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02172-MEH

TAMISHA BUTTS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Magistrate Judge Michael E. Hegarty on August 8, 2014, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Tamisha Butts.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

    DATED at Denver, Colorado this 8th day of August, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/S. Libid
    Deputy Clerk